# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 20-320 |
| : | |
| MICHAEL SALERNO : | |
| : | |

## O R D E R

**AND NOW**, this 30th day of August, 2024, upon consideration of the Government's Motion to Dismiss Counts Three through Fifteen and Seventeen through Twenty-Nine of the Indictment (Doc. No. 113), it is hereby **ORDERED** that the Motion (Doc. No. 113) is **GRANTED**, and Counts Three through Fifteen and Seventeen through Twenty-Nine of the Indictment are dismissed without prejudice.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.